UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| STATE OF LOUISIANA | CASE NO. 6:23-CV-00225 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| ABBVIE INC ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record and after consideration of objections filed and based upon the Court's ruling entered this date, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the PLAINTIFF'S MOTION FOR REMAND (Rec. Doc. 26) is GRANTED and that the State of Louisiana's suit is REMANDED to the 27th Judicial District Court, St. Landry Parish, Louisiana.

THUS DONE in Chambers on this 21st day of August, 2024.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE